IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| YAHRONNE McNEMERE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:10-cv-419-TMH |
| STATE OF ALABAMA, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #5) of the Magistrate Judge is ADOPTED. This case is DISMISSED without prejudice due to Plaintiff's failures to comply with the orders of this Court and to prosecute this action.

A separate judgment shall issue.

Done this 20th day of September, 2010.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE